NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Patrick Downes (CSB #186461)
MANTEAU DOWNES LLP
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Tel. 310.497.1780
pdownes@manteaudownes.com

CLEAR FORM

ATTORNEY(S) FOR: Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POONAM SUBBAIAH, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>TAX DEFENDER USA LLC, a New York limited liability company; et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>8:23-cv-01287-JWH (KESx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendants TAX DEFENDER USA LLC and TAX DEFENDER LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| TAX DEFENDER USA LLC, a New York limited liability company | Defendant |
| TAX DEFENDER LLC, a New York limited liability company, d/b/a Tax Defender USA | Defendant |
| Thomas Cahill, 50% shareholder of Tax Defender LLC | Defendant |
| Michael Cahill, 50% shareholder of Tax Defender LLC | Defendant |

September 18, 2023
Date

*Patrick Downes*
Signature

Attorney of record for (or name of party appearing in pro per):

TAX DEFENDER USA LLC and TAX DEFENDER LLC