JAVITCH LAW OFFICE
Mark L. Javitch (CSB #323729)
mark@javitchlawoffice.com
3 East 3rd Ave., Suite 200
San Mateo, CA 94401
Telephone:    650.781.8000
Facsimile:    650.648.0705

Attorneys for Plaintiff and the Putative Class

MANTEAU DOWNES LLP
Patrick N. Downes (CSB #186461)
pdownes@manteaudownes.com
1901 Avenue of the Stars, Suite 200
Los Angeles, CA  90067
Telephone:    310.497.1780
Facsimile:    310.461.1304

Attorneys for Defendants TAX DEFENDER USA LLC and TAX DEFENDER LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POONAM SUBBAIAH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TAX DEFENDER USA LLC, a New York limited liability company; TAX DEFENDER LLC, a New York limited liability company, d/b/a Tax Defender USA, and JOHN DOE, an unknown business entity,<br><br>Defendants. | Case No. 8:23-cv-01287-JWH (KESx)<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>**Current Scheduling Conference: 10/27/23**<br><br>**Proposed New Date:  11/3/23** |

    WHEREAS trial counsel for defendants cannot be present at the Scheduling Conference on October 27, 2023 because of unreconcilable scheduling conflicts (out of town wedding);

    IT IS HEREBY STIPULATED, by and between plaintiff Poonam Subbaiah ("Plaintiff"), and defendants Tax Defender USA LLC and Tax Defender LLC ("Defendants"), through their

undersigned counsel, that the Scheduling Conference be continued to November 3, 2023, at 11:00 a.m.

Dated: October 18, 2023                JAVITCH LAW OFFICE

                                       By: /s/ Mark L. Javitch*
                                           Mark L. Javitch
                                           Attorney for Plaintiff Poonam Subbaiah
                                           and the Putative Class

Dated: October 18, 2023                MANTEAU DOWNES LLP

                                       By: [signature]
                                           Patrick N. Downes
                                           Attorney for Defendants Tax Defender
                                           USA LLC and Tax Defender LLC

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filings, content and have authorized the filing.