Mark L. Javitch (CA SBN 323729)
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave Ste 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

*Attorneys for Plaintiff*
And all those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POONAM SUBBAIAH, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAX DEFENDER USA LLC, et al.,<br><br>Defendants. | Case No.: 8:23-cv-01287-JWH-KES<br><br>**DECLARATION OF MARK L. JAVITCH IN SUPPORT OF MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT** |

I, Mark L. Javitch, hereby declare the following in support of Plaintiff's Unopposed Motion for Leave to File Plaintiff's First Amended Complaint:

1. I am an attorney duly licensed to practice in the State of California and before the District Court for the Central District of California.
2. I am competent to testify to the matters stated herein.
3. This declaration is based on personal knowledge of the matters set forth herein.
4. I am an attorney of record for Plaintiff in the instant matter.

5. I met and conferred with counsel for Tax Defender. Tax Defender's position is that it does not oppose Plaintiff's motion.

6. On November 22, 2023, Plaintiff served a subpoena on non-party Phone Burner.

7. On December 8, 2023, Plaintiff received a response from non-party Phone Burner.

8. Attached as Exhibit 1 is a true and correct copy of Plaintiff's First Amended Complaint.

9. Attached as Exhibit 2 is a true and correct "redline copy" of Plaintiff's First Amended Complaint showing the differences with the extant Complaint.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on the date stated below in San Mateo, California.

Dated: December 26, 2023          By:   /s/ Mark L. Javitch
                                        Mark L. Javitch

DECLARATION OF
MARK L. JAVITCH                          2                    8:23-cv-01287-JWH-KES