MANTEAU DOWNES LLP
Patrick N. Downes (CSB #186461)
pdownes@manteaudownes.com
1901 Avenue of the Stars, Suite 200
Los Angeles, CA  90067
Telephone:    310.497.1780
Facsimile:    310.461.1304

Attorneys for Defendants TAX DEFENDER USA LLC and TAX DEFENDER LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POONAM SUBBAIAH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TAX DEFENDER USA LLC, a New York limited liability company; TAX DEFENDER LLC, a New York limited liability company, d/b/a Tax Defender USA, and JOHN DOE, an unknown business entity,<br><br>Defendants. | Case No. 8:23-cv-01287-JWH (KESx)<br><br>**DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Hearing Date:  January 26, 2024<br>Time:  9:00 a.m.<br>Courtroom:  9D |

NOTICE IS HEREBY GIVEN that defendants Tax Defender USA LLC and Tax Defender LLC, through their undersigned counsel, will not oppose plaintiff Poonam Subbaiah's Motion for Leave to File a First Amended Class Action Complaint [ECF No. 23, f. 12/26/23].

Dated:  January 4, 2024

MANTEAU DOWNES LLP

By: /s/ Patrick Downes
Patrick N. Downes
Attorney for Defendants Tax Defender USA LLC and Tax Defender LLC