# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:23-cv-01287-JWH-KESx | Date: January 3, 2024 |

Title: Poonam Subbaiah v. Tax Defender USA LLC, et al.

---

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**   **ORDER Re Plaintiff's Motion to Compel Further Discovery Responses [Dkt. 25]**

On January 2, 2024, Plaintiff POONAM SUBBAIAH ("Plaintiff") filed a motion to compel further discovery responses and production of documents from Defendant TAX DEFENDER USA LLC ("Defendant"). (Dkt. 25.) Per the October 2023 Joint Rule 26(f) Report, Plaintiff contends that Defendant made solicitation calls to her (despite her being on the national "do not call" registry) and illegally recorded those calls. Defendant contends that it has no record of ever calling Plaintiff, even via its third-party vendors. (Dkt. 19.)

Based on Defendant's objections and Plaintiff's briefing, it appears that the gravamen of the parties' discovery dispute is that Plaintiff seeks discovery to support class-based claims, while Defendant believes that Plaintiff has neither an individual claim nor an injury that would permit her to represent a class.

To facilitate the resolution of this discovery motion, and because it appears that the parties were unable to thoroughly confer in December, the Court orders as follows:

1. Defendant's deadline to oppose the motion is extended to January 16, 2024. Plaintiff's deadline to reply is extended to January 23, 2024.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:23-cv-01287-JWH-KESx                                                      Date: January 3, 2024
                                                                                                                Page 2

2. The hearing noticed for January 30, 2024, shall be in person, or counsel may contact the Court to request a telephonic appearance.
3. Before Defendant files its opposition, the parties shall discuss the following (either in person or by phone):
    a. The parties should share all documents and other information currently known to them which suggest that Defendant or its agent did (or did not) call Plaintiff as described in the operative complaint.
    b. If Defendant agrees that it should provide supplemental written discovery responses and/or additional documents because of new evidence, by when will Defendant do so? Does that moot the pending motion?
    c. If Defendant remains convinced that it did not call Plaintiff, how does that affect the validity of Defendant's objections and responses?
    d. Do any other new developments moot any portion of Plaintiff's motion?
4. If the parties resolve their dispute, then Plaintiff should file a notice alerting the Court that she is withdrawing the motion. Any such withdrawal would be without prejudice to Plaintiff filing a new motion to compel if she is dissatisfied with Defendant's supplemental responses.

MINUTES FORM 11                                                                        Initials of Deputy Clerk JD
CIVIL-GEN