# VERIFIED RETURN OF SERVICE

Job # MIA14540

**Client Info:**

Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA  94401

**Case Info:**

**PLAINTIFF:**
POONAM SUBBAIH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED
-versus-
**DEFENDANT:**
TAX DEFENDER USA LLC, A NEW YORK LIMITED LIABILITY COMPANY

UNITED STATES DISTRICT COURT

Court Case # **8:23-cv-01287-JWH-KES**

**Service Info:**

**Received by MARY GREEN: on February, 6th 2024** at **09:30 AM**
**Service:** I Served **CAHILL FINANCIAL GROUP MANAGEMENT LLC C/O URS AGENTS, LLC**
With: **SUMMONS, FIRST AMENDED CLASS ACTION COMPLAINT DEMAND FOR JURY TRIAL**
by leaving with **BUSY ROBERTS, COMPLIANCE ADMINISTRATOR**

**At Business 3458 LAKESHORE DRIVE TALLAHASSEE, FL 32312**
On **2/6/2024** at **02:59 PM**
**Manner of Service: CORPORATE LLC**
PURSUANT TO F.S. Ch. 48 & 49 and 608.463

I **MARY GREEN** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.



**MARY GREEN**
Lic # **243**

**ACCURATE SERVE OF PLANTATION**
151 N NOB HILL ROAD, SUITE #254
Plantation, FL 33324

Client # 8:23-cv-01287-JWH-KES
Ref # T241378




Case 8:23-cv-01287-JWH-KES Document 39 Filed 02/23/24 Page 2 of 3 Page ID #:332

INITIALS MG ID # 243
DATE: 2/6/2024 TIME: 02:59 PM
MILITARY: NA
MARITAL STATUS: NA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

POONAM SUBBAIAH, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

TAX DEFENDER USA LLC, a New York limited liability company, SEE ATTACHED

*Defendant(s)*

Civil Action No. 8:23-cv-01287-JWH-KES

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cahill Financial Group Management LLC
c/o URS Agents, LLC
3458 Lakeshore Drive
Tallahassee FL, 32312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/25/2024

*Signature of Clerk or Deputy Clerk*