Mark L. Javitch (CA SBN 323729)
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POONAM SUBBAIAH, an individual, <br><br> Plaintiff, <br><br> v. <br><br> TAX DEFENDER USA LLC, et. al., <br><br> Defendants. | Case No.:  8:23-cv-01287-JWH-KES <br><br> **NOTICE OF SETTLEMENT** |

     NOTICE IS HEREBY GIVEN that POONAM SUBBAIAH ("Plaintiff") and TAX DEFENDER USA LLC, TAX DEFENDER LLC, CAHILL CAPITAL INC., CAHILL FINANCIAL GROUP MANAGEMENT LLC, and THOMAS CAHILL ("Defendants" or together, "Parties"), in the above-captioned case have reached a settlement on an individual basis. The Parties anticipate filing a Voluntary Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a) within 45 days.

                                    Respectfully submitted,

Dated: July 23, 2024        By:  /s/ Mark L. Javitch
                                        Mark L. Javitch (CA SBN 323729)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*