Mark L. Javitch (CA SBN 323729)
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POONAM SUBBAIAH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TAX DEFENDER USA LLC, et al.,<br><br>Defendants. | Case No.: 8:23-cv-01287-JWH-KES<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now Comes Plaintiff POONAM SUBBAIAH, and Defendant TAX DEFENDER USA LLC, Defendant TAX DEFENDER LLC, Defendant CAHILL CAPITAL INC., Defendant CAHILL FINANCIAL GROUP MANAGEMENT LLC, and Defendant THOMAS CAHILL, by and through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims with prejudice, with each side bearing their own costs and attorney's fees.

| | | |
|---|---|---|
| 1 | Dated: August 20, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | |
| 4 | | Javitch Law Office |
| 5 | | By: /s/ Mark L. Javitch |
| | | Mark L. Javitch |
| 6 | | |
| 7 | | *Attorneys for Plaintiff* |
| 8 | | |
| 9 | | Maneau Downes LLP |
| 10 | | By: /s/ Patrick Downes |
| | | Patrick Downes |
| 11 | | |
| 12 | | *Attorneys for Defendants* |

**Local Rule 5-4.3.4(a)(2)(i) Attestation**

Although this stipulation representing more than one electronic signature is being filed under the ECF/CM login belonging solely to Mark L. Javitch, attorney for Plaintiff, Local Rule 5-4.3.4(a)(2)(i) permits the filer to attest that concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

Therefore, in accordance with LR 5-4.3.4(a)(2)(i), I hereby attest that I have received concurrence in the content of this filing or authorization from each signatory shown in this document to use their e-signature for the purposes of filing this document.

Dated: August 20, 2024        By: /s/ Mark L. Javitch
                                  Mark Javitch